AO 91 (Rev. 11/11) Criminal Complaint

C&W No. 24-34

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

SAAHIR IRBY

*Defendant(s)*

Case No. 24-MJ-1458

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 4, 2024 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1708 | Mail theft |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Nicholas Parrilla
*Complainant's signature*

Nicholas Parrilla, Special Agent, USPS OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____________

PAMELA A. CARLOS Digitally signed by PAMELA A. CARLOS Date: 2024.09.06 16:39:23 -04'00'
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Hon. Pamela A. Carlos, U.S.M.J.
*Printed name and title*