# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nicholas Parrilla, with the United States Postal Service, Office of Inspector General, being duly sworn, depose and state as follows:

1. I am a Special Agent of the United States Postal Service ("USPS"), Office of Inspector General ("OIG"). I have been employed as a Special Agent since September 2018 and am currently assigned to the USPS OIG Philadelphia Field Office. During my time with USPS OIG, I have investigated numerous instances of employee theft of U.S. Mail that resulted in administrative discipline as well as local, state, and federal prosecution when appropriate. I completed a twelve-week training course known as the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia. I have also attended and completed training courses specifically designed to train agents to investigate instances of internal mail theft and narcotics distribution over the U.S. Mail and related to USPS employees. Through my education and experience, as well as that of other agents assisting in this investigation, I have become familiar with the methods that USPS employees use to steal and traffic U.S. Mail.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging SAAHIR IRBY with mail theft, in violation of Title 18, United States Code, Section 1708.

4. The statements in this affidavit are based on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included each and

every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that SAAHIR IRBY committed violations of 18 U.S.C. § 1708.

**LEGAL AUTHORITY**

5. Title 18 U.S.C. § 1708 prohibits a person from "steal[ing], tak[ing], or abstract[ing], or by fraud or deception obtain[ing], or attempt[ing] so to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstract[ing] or remov[ing] from any such letter, package, bag, or mail, any article or thing contained therein, or secret[ing], embezzl[ing], or destroy[ing] any such letter, postal card, package, bag, or mail, or any article or thing contained therein."

**FACTS SUPPORTING PROBABLE CAUSE**

6. SAAHIR IRBY began working as a Mail Processing Clerk at the USPS Philadelphia Processing and Distribution Center ("Philadelphia P&DC"), located at 7500 Lindbergh Boulevard, Philadelphia Pennsylvania 19176, in or about August 2021. In his role as a Mail Processing Clerk, he operates mail sorting machines. According to USPS timesheet records, IRBY typically works overnight shifts that run from approximately 8:30 p.m. to 5:00 a.m.

7. Based on my training, experience, and personal observation of mail sorting processes at the Philadelphia P&DC, I know that within the Philadelphia P&DC, different machines process mail by sorting it according to destination zip code. Machine DBCS 22 (Delivery Bar Code Sorter number 22) is a letter-sorting machine that is responsible for processing mail destined for certain zip codes depending on which "Sort Program" is run at a given time. Between the approximate hours of 7:00 p.m. and midnight each night, Sort Program

LV19115A—which is responsible for sorting all mail destined for addresses within the 19115 zip code—is typically run on DBCS 22, although this timeframe can change depending on the volume of mail and the needs of USPS on a given evening.

8. The Philadelphia P&DC is responsible for processing both outbound U.S. Treasury checks printed by the Bureau of the Fiscal Service in Philadelphia, as well as any U.S. Treasury check issued nationwide that has been marked "return to sender."[1] (All U.S. Treasury checks marked "return to sender" are directed to the Bureau of the Fiscal Service in Philadelphia, regardless of where the checks were originally mailed from.) The mail destined for zip code 19115 includes all of the mail addressed to the U.S. Department of the Treasury, Bureau of the Fiscal Service, at PO Box 51315, Philadelphia, PA 19115.

9. Based on my training, experience, and personal observation of mail sorting processes at the Philadelphia P&DC, I know that DBCS 22 sorts mail by delivery address to a number of different "bins" located on the machine. Management at the Philadelphia P&DC confirmed that due to the significant volume of mail and checks sent to the Bureau of the Fiscal Service at PO Box 51315, there is a dedicated bin on DBCS 22 for mail addressed to PO Box 51315. USPS records indicate, and management at the facility confirmed, that this specific bin is Bin 13. When Bin 13 fills up during the mail sorting process, a USPS employee removes the contents of Bin 13 and places mail sorted to that bin in a tray on a rack parallel to DBCS 22, directly opposite Bin 13. (That rack typically contains mail from multiple bins.)

[1] These U.S. Treasury checks include social security benefit payments and tax refund payments, among others.

10. According to USPS timesheet records, IRBY clocked into the Philadelphia P&DC at approximately 10:19 p.m. on August 3, 2024. As a Mail Processing Clerk, IRBY had access throughout his shift to the area of the plant where DBCS 22 is located.

11. At approximately 2:47 a.m. on August 4, 2024, video surveillance within the Philadelphia P&DC—which I reviewed—observed IRBY in the area of DBCS 22. According to the video, IRBY walked down the aisle adjacent to DBCS 22 and stopped in front of a rack of mail parallel to DBCS 22, opposite from Bin 13. IRBY then pulled out a tray of mail and appeared to remove a handful of mail from the tray. IRBY motioned toward the pocket of his hooded sweatshirt as he walked up the aisle and away from the first rack of mail. He appeared to adjust a rectangular object in his pocket, which I believe to be a stack of U.S. Mail. IRBY then left the area.

12. At approximately 3:58 a.m. on August 4, 2024, video surveillance—which I reviewed—observed IRBY return to the same rack of mail opposite Bin 13. According to the video, IRBY once again pulled out the same tray and removed a handful of mail, which he then placed in his right jacket pocket. IRBY then reached into a tray of mail located on top of the rack and removed another handful of U.S. Mail, which he held in his hands as he walked away.

13. At approximately 4:59 a.m., video surveillance—which I reviewed—observed IRBY return to the area of DBCS 22 for a third time. According to the video, IRBY once again pulled out the same tray of mail from the same rack and removed a handful of mail, which he placed on a shelf near the front of DBCS 22. He then appeared to look around the area before picking up the same handful of mail from the shelf and placing it in the right pocket of his jacket. He then pulled out the same tray of mail again and removed another handful of mail. IRBY then pushed the tray back in and reached on top of the rack, from where he removed another handful

of mail. He placed that handful of mail into his left jacket pocket as he walked away from DBCS 22.

14. USPS timesheet records indicate that IRBY clocked out shortly thereafter, at approximately 5:01 a.m. on August 4, 2024. A few minutes later, a black Dodge Durango bearing Pennsylvania registration MKL9196 drove out of the parking lot area of the Philadelphia P&DC. IRBY has been observed by law enforcement and video surveillance driving this black Dodge Durango to and from his place of employment at the Philadelphia P&DC on a regular basis dating back to at least March 2024.[2]

15. On August 7, 2024, I responded to Rivers Casino, located at 1001 N. Delaware Avenue, Philadelphia, PA 19125, upon learning that an individual had been detained in possession of U.S. Treasury checks. I met with Pennsylvania State Police Trooper George Bailey who explained that an individual named D.O.[3] had been detained as a person of interest in an armed robbery that had taken place at another casino in March 2024. Additionally, I learned that D.O. was observed opening U.S. Treasury checks inside his vehicle at the time he was apprehended.

16. Video surveillance from Rivers Casino—which I have reviewed—showed D.O. exiting the casino at approximately 11:26 a.m. on August 7, 2024. He then approached a black Dodge Durango bearing Pennsylvania registration MKL9196 (hereinafter, "IRBY's vehicle," for

[2] The vehicle is registered to Wasani Evans Miranda, 8015 Williams Ave, Philadelphia, PA 19150. While the nature of the relationship between Miranda and Irby is unknown, Irby is the only individual who I have known to use this vehicle for the past several months.

[3] D.O.'s identity is known to law enforcement but he is referenced only by initials in this affidavit because he has not yet been charged with any crime.

the reasons set forth in paragraph 14 above) in the valet services area. D.O. walked over to his own vehicle, a 2018 dark gray Alfa Romeo. IRBY's vehicle then parked next to D.O.

17. D.O. then removed a gray backpack from his vehicle and walked to the passenger door of IRBY's vehicle. D.O. appeared to open his backpack as he approached IRBY's vehicle. D.O. then passed the backpack through the open passenger door of IRBY's vehicle. Shortly thereafter, D.O. retrieved the backpack, which appeared to be zipped closed. D.O. then placed the backpack in his own vehicle. IRBY's vehicle then drove away from the area.

18. After the meeting, D.O. reentered Rivers Casino and continued gambling. Approximately 45 minutes later, D.O. exited the casino and entered his own vehicle.

19. At approximately 12:23 p.m., Rivers Casino surveillance video—which I reviewed—observed D.O. sitting inside his vehicle, handling and opening the corners of envelopes addressed to the Bureau of the Fiscal Service in Philadelphia. Based on my training and experience, I know this to be a common technique used by those who steal U.S. Treasury checks to quickly see the dollar value of the check inside each envelope; that value is reflected in the upper righthand corner of the check. The video further showed that D.O. was wearing latex gloves while handling and opening these U.S. Treasury checks. Based on my training and experience, I know that this is a common technique used to avoid leaving fingerprints on stolen envelopes or checks, which could possibly identify the thief if recovered by law enforcement.

20. At approximately 12:33 p.m., Trooper George Bailey and Trooper Andrew Lucas proceeded to D.O.'s vehicle, having confirmed that D.O. was wanted in connection with the March 2024 casino robbery. At the time the Troopers took D.O. into custody, he was found to be in possession of 112 envelopes, each of which contained a U.S. Treasury check. Half of the envelopes had been opened.

21. I have conferred with United States Postal Inspector Anthony Dimatteo, who also reported to Rivers Casino on August 7, 2024 in connection with D.O.'s arrest. Inspector Dimatteo informed me that of the 112 envelopes containing U.S. Treasury checks seized from D.O., the majority were designated "return to sender," with a return address of "U.S. Department of the Treasury, Bureau of the Fiscal Service," all located in zip code 19115 in Philadelphia. The remaining envelopes were addressed to various individuals within the Eastern District Pennsylvania.[4]

22. On August 13, 2024, I reviewed information obtained from a USPS database which tracks the location of mail pieces as they are processed throughout the U.S. Mail system. Specifically, I entered the unique USPS barcode information found on four of the envelopes that were recovered from D.O. on August 7, 2024.

23. Of the four barcodes that I entered, all four showed that the envelopes had last been processed and scanned on DBCS 22 at the Philadelphia P&DC between the approximate times of 7:37 p.m. and 9:46 p.m. on August 3, 2024—just hours before IRBY was observed on video removing handfuls of mail from the vicinity of DBCS 22.

---

[4] That afternoon, Inspector Dimatteo and I interviewed D.O., who signed a written waiver of his Miranda rights and stated that he wished to voluntarily speak to us. During the interview, D.O. stated that he purchased the U.S. Treasury checks from a "Smoker" for $200 at a nearby Wawa. He explained that a "Smoker" is a name used to refer to drug addicts in Philadelphia. D.O. could not identify which specific Wawa he made the purchase at. D.O. further stated that he did not know the name of the man (i.e., the driver of IRBY's vehicle) he met in the valet area of the casino. D.O. went on to explain that the man was someone with whom D.O. had gambled before and who had given D.O. a loan of $3,000. D.O. stated that his purpose for meeting with the man at the casino that day was to pay back the $3,000 loa, which D.O. repaid in cash.

## CONCLUSION

24. Based upon the information above, I respectfully submit that there is probable cause to believe that on or about August 4, 2024, SAAHIR IRBY stole mail from his place of employment at the Philadelphia P&DC, in violation of 18 U.S.C. § 1708, as set forth more fully in Attachment A. Specifically, there is probable cause to believe that IRBY stole at least 112 pieces of mail containing U.S. Treasury checks from the Philadelphia P&DC during his shift on August 4, 2024, and then sold those stolen checks to D.O. on August 7, 2024.

25. Therefore, I respectfully request that the attached arrest warrant be issued authorizing the arrest of SAAHIR IRBY.

_/s/ Nicholas Parrilla_____________________
Nicholas Parilla
Special Agent
United States Postal Service
Office of Inspector General

Subscribed and sworn to by telephone:

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2024.09.06 16:38:34 -04'00'

HONORABLE PAMELA A. CARLOS
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

**Count One – Theft of mail matter – 18 U.S.C. § 1708**

On or about August 4, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant SAAHIR IRBY knowingly stole, took, and abstracted United States mail from a post office, or station thereof, or any mail route or authorized depository for mail matter, that is, defendant stole approximately 112 pieces of mail containing United States Treasury checks, addressed to various recipients in the Eastern District of Pennsylvania, from the United States Postal Service Philadelphia Processing & Distribution Center where the defendant was employed.