IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**\*\*SUPERSEDING INDICTMENT\*\***

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia        County: Philadelphia

City and State of Defendant: Philadelphia, PA

County: Philadelphia        Register number: _____

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office: Philadelphia        County: Philadelphia

RELATED CASE, IF ANY:
Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant, or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?  No

Case Number: _____        Judge: _____

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ● Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ○ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 371 (conspiracy to steal government funds – 1 count)
18 U.S.C. § 641 (theft of government funds – 1 count)
18 U.S.C. § 1708 (mail theft – 2 counts)

DATE: 5/28/2025        /s/Jessica Rice
                       Jessica Rice
                       Assistant United States Attorney

File No. 2023R00424
U.S. v.  SAAHIR IRBY
         TAUHEED TUCKER
         CORY SCOTT
         ALEXANDER TELEWODA